1  Beth E. Terrell, CSB #178181
   Email: bterrell@tmdwlaw.com
2  Beau C. Haynes
   Email: bhaynes@tmdwlaw.com
3  TERRELL MARSHALL DAUDT & WILLIE PLLC
4  936 North 34th Street, Suite 400
   Seattle, Washington 98103-8869
5  Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
6
7  *Attorneys for Plaintiff*

8

9                 UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
11

12 KAREN RHYS WOOD,

13                 Plaintiff,                  NO. 3:12-cv-04515-EMC

14      v.                                     **STIPULATION AND [PROPOSED]
                                               ORDER OF DISMISSAL WITHOUT
15 MICROSOFT CORPORATION and JOHN              PREJUDICE**
   HALLIWELL,
16                                             (Fed. R. Civ. P. 41 and Civil L.R. 7-12)
17                 Defendants.

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:12-CV-04515-EMC

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, all parties who have appeared in the above-captioned matter hereby agree and stipulate that the action be dismissed without prejudice. Defendant Microsoft Corporation does not admit any liability and is not bound with respect to any future action by entering into this stipulation. No attorney has appeared on behalf of Defendant John Halliwell. As agreed upon between Plaintiff and Defendant Microsoft Corporation, Plaintiff will pay the costs and attorneys' fees incurred thus far by Defendant Microsoft Corporation.

Dated: November 14, 2012          TERRELL MARSHALL DAUDT & WILLIE PLLC

By: __/s/ Beth E. Terrell_____
    Beth E. Terrell

Attorneys for Plaintiff Karen Rhys Wood

Dated: November 14, 2012          PERKINS COIE LLP

By: __/s/ William B. Stafford_____
    William B. Stafford

Attorneys for Defendant Microsoft Corporation

# **ORDER**

The Court, having considered the stipulation of the parties, orders as follows:

    1. The action is dismissed without prejudice.

    2. As agreed upon between Plaintiff and Defendant Microsoft Corporation, Plaintiff shall pay the costs and attorneys' fees incurred thus far by Defendant Microsoft Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All hearings are vacated.

DATED: _____11/16/12_____       _____
                                                                     HON. EDWARD M. CHEN
                                                                     UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE - 1
CASE NO. 4:12-CV-04515-EMC

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Anahit Samarjian, CSB #279417
    Email: asamarjian@perkinscoie.com
    PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
    San Francisco, California 94111-4131
    Telephone: 415.344.7000
    Facsimile: 415.344.7050

    Valerie L. Hughes, *Admitted Pro Hac Vice*
    Email: vhughes@perkinscoie.com
    William B. Stafford, *Admitted Pro Hac Vice*
    Email: wstafford@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

*Attorneys for Defendant Microsoft Corporation*

    No Appearances

*Attorneys for Defendant John Halliwell*

Dated: November 14, 2012.    TERRELL MARSHALL DAUDT & WILLIE PLLC

    By:   /s/ Beth E. Terrell, CSB #178181
        Beth E. Terrell, CSB #178181
        Email: bterrell@tmdwlaw.com
        Beau C. Haynes
        Email: bhaynes@tmdwlaw.com
        936 North 34th Street, Suite 400
        Seattle, Washington 98103-8869
        Telephone: (206) 816-6603
        Facsimile: (206) 350-3528

*Attorneys for Plaintiff*