1  Beth E. Terrell, CSB #178181
   Email: bterrell@tmdwlaw.com
2  Beau C. Haynes
   Email:  bhaynes@tmdwlaw.com
3  TERRELL MARSHALL DAUDT & WILLIE PLLC
   936 North 34th Street, Suite 400
4  Seattle, Washington  98103-8869
5  Telephone:  (206) 816-6603
   Facsimile:  (206) 350-3528
6
7  *Attorneys for Plaintiff*

8

9
                    UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
11

12 KAREN RHYS WOOD,

13            Plaintiff,                    NO.   3:12-cv-04515-EMC

14     v.                                   **STIPULATION AND [PR~~O~~OPOSED]
                                            ORDER OF DISMISSAL WITHOUT
15 MICROSOFT CORPORATION and JOHN           PREJUDICE**
   HALLIWELL,
16                                          (Fed. R. Civ. P. 41 and Civil L.R. 7-12)
17            Defendants.

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:12-CV-04515-EMC

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, all parties who have appeared in the above-captioned matter hereby agree and stipulate that the action be dismissed without prejudice. Defendant Microsoft Corporation does not admit any liability and is not bound with respect to any future action by entering into this stipulation. No attorney has appeared on behalf of Defendant John Halliwell. As agreed upon between Plaintiff and Defendant Microsoft Corporation, Plaintiff will pay the costs and attorneys' fees incurred thus far by Defendant Microsoft Corporation.

Dated: November 14, 2012    TERRELL MARSHALL DAUDT & WILLIE PLLC

By: __/s/ Beth E. Terrell_____
    Beth E. Terrell

Attorneys for Plaintiff Karen Rhys Wood

Dated: November 14, 2012    PERKINS COIE LLP

By: __/s/ William B. Stafford_____
    William B. Stafford

Attorneys for Defendant Microsoft Corporation

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE
Case No. 3:12-cv-04515-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## **ORDER**

The Court, having considered the stipulation of the parties, orders as follows:

1. The action is dismissed without prejudice.

2. As agreed upon between Plaintiff and Defendant Microsoft Corporation, Plaintiff shall pay the costs and attorneys' fees incurred thus far by Defendant Microsoft Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All hearings are vacated.

DATED: _____11/16/12_____        _____
                                      HON. EDWARD M. CHEN
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE - 1
CASE NO. 4:12-CV-04515-EMC

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Anahit Samarjian, CSB #279417
> Email: asamarjian@perkinscoie.com
> PERKINS COIE LLP
> Four Embarcadero Center, Suite 2400
> San Francisco, California 94111-4131
> Telephone: 415.344.7000
> Facsimile: 415.344.7050
>
> Valerie L. Hughes, *Admitted Pro Hac Vice*
> Email: vhughes@perkinscoie.com
> William B. Stafford, *Admitted Pro Hac Vice*
> Email: wstafford@perkinscoie.com
> 1201 Third Avenue, Suite 4900
> Seattle, Washington 98101-3099
> Telephone: 206.359.8000
> Facsimile: 206.359.9000

*Attorneys for Defendant Microsoft Corporation*

No Appearances

*Attorneys for Defendant John Halliwell*

Dated: November 14, 2012.     TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Beau C. Haynes
Email: bhaynes@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE - 2
CASE NO. 4:12-CV-04515-EMC