# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., <br> Plaintiff, <br><br> v. <br><br> D&L ELITE INVSTMENTS, LLC, <br> Defendant. | No. C 12-4515 SC <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:       May 21, 2013 <br> Mediator:  Jiyun Lee |

IT IS HEREBY ORDERED that the request for plaintiff Stanley Black & Decker, Inc.'s representative to be excused from personally attending the May 21, 2013, mediation session before Jiyun Lee is GRANTED. The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 18, 2013             By: _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge